1032

[No. 31501-1-III.   Division Three.   February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO LUNA HUERTA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00838-3, Blaine G. Gibson, J., entered March 1, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32723-0-III.   Division Three.   February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS NEAL GASTON, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 13-1-00145-6, Brian P. Altman, J., entered September 2, 2014. *Reversed* and *remanded* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32778-7-III.   Division Three.   February 2, 2016.]

*In the Matter of the Marriage of* CYNTHIA SANCHEZ, *Respondent*, and STEVEN SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-02431-9, Tari S. Eitzen, J., entered August 14, 2014. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, A.C.J.; Korsmo, J., dissenting.